```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 04 B 46151
   GARY FRAZER
                                             CHAPTER 13

                                             JUDGE: SUSAN PIERSON SONDERBY
         Debtor
   SSN XXX-XX-7949
```

---
                TRUSTEE'S FINAL REPORT AND ACCOUNT
---

     The case was filed on 12/15/2004 and was confirmed 01/27/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured creditors 100.00%.

     The case was paid in full 01/26/2009.

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---:|---:|---:|
| JP MORGAN CHASE BANK NA | SECURED | 4806.96 | .00 | 4806.96 |
| BROOKSIDE PROPERTY OWNER | SECURED | 1800.00 | .00 | 1800.00 |
| WASHINGTON MUTUAL | CURRENT MORTG | .00 | .00 | .00 |
| WASHINGTON MUTUAL | MORTGAGE ARRE | 7800.00 | .00 | 7800.00 |
| ECAST SETTLEMENT CORP | UNSECURED | 1009.88 | .00 | 1009.88 |
| JAMES A YOUNG | DEBTOR ATTY | 2,200.00 | | 2,200.00 |
| TOM VAUGHN | TRUSTEE | | | 1,130.25 |
| DEBTOR REFUND | REFUND | | | 117.91 |

        Summary of Receipts and Disbursements:
---

|  | RECEIPTS | DISBURSEMENTS |
|---|---:|---:|
| TRUSTEE | 18,865.00 | |
| PRIORITY | | .00 |
| SECURED | | 14,406.96 |
| UNSECURED | | 1,009.88 |
| ADMINISTRATIVE | | 2,200.00 |
| TRUSTEE COMPENSATION | | 1,130.25 |
| DEBTOR REFUND | | 117.91 |
| TOTALS | 18,865.00 | 18,865.00 |

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 03/10/09

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE